DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cardiel   Orosco,<br><br>            Plaintiff,<br><br>     vs.<br><br>Michelle King, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>            Defendant. | Case No. 1:24-cv-01171-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from February 24 ,2025 to February 28, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Michelle King became the Acting Commissioner of Social Security on January 23, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of February 24, 2025 and March 3, 2025 Plaintiff's Counsel has eleven merit briefs and four reply briefs. Counsel has also been recently assigned the case to brief and requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                            Respectfully submitted,

Dated: February 24, 2025       PENA & BROMBERG, ATTORNEYS AT LAW

                                     By: */s/ Dolly M. Trompeter*
                                          DOLLY M. TROMPETER
                                          Attorneys for Plaintiff

Dated February 24, 2025       PHILLIP A. TALBERT
                                        United States Attorney
                                          MATTHEW W. PILE
                                          Associate General Counsel
                                          Office of Program Litigation, Office 7

                                          By:  */s/ Justin Lane Martin*
                                            Justin Lane Martin
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant
                                            (*As authorized by email on February 24, 2025)

# **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

   Dated: __**February 25, 2025**__                **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE