UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARDIEL OROSCO,<br><br>       Plaintiff,<br><br>   v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security[1],<br><br>       Defendant. | Case No.: 1:24-cv-01171 JLT GSA<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 15)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF CARDIEL OROSCO AND AGAINST DEFENDANT LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY |

Cardiel Orosco and the Acting Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 15.) Pursuant to the stipulation of the parties, the final decision of the Commissioner is reversed, and upon remand the administrative law judge shall:

> evaluate and consider the additional evidence received from Greg Hirokawa, Ph.D. dated September 18, 2023; reevaluate the severity of Plaintiff's mental impairments; reassess Plaintiff's residual functional capacity; as needed, continue the sequential evaluation process and obtain vocational expert testimony, if warranted; take action to further develop the record, as necessary; offer Plaintiff the opportunity for a hearing; and issue a new decision.

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Leland Dudek as the defendant in this action.

(*Id.* at 1-2.)  In addition, the parties agree that judgment should be entered in favor of Plaintiff and against the Commissioner.  (*Id.* at 2.)  Based upon the terms of the stipulation, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

    2.    The Clerk of Court is directed to enter judgment in favor of Plaintiff Cardiel Orosco and against Defendant Leland Dudek, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  **March 12, 2025**

UNITED STATES DISTRICT JUDGE

2