**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDIEL OROSCO,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:24-cv-01171 JLT GSA<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 18) |

Cardiel Orosco and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $2,959.12 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 28 at 18 at 1-3.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $2,959.12 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated:  **June 12, 2025**

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.